UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAMES ANDERSON,            )
                           )
    Plaintiff,         )
                           )
vs.                        )   Case No. 4:04CV815SNL
                           )
JO ANNE B. BARNHART,       )
Commissioner of Social Security, )
                           )
    Defendant.         )

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Thomas C. Mummert, III (#12), filed September 9, 2005 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the final decision of the Commissioner denying the plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§401-433, and supplemental security income benefits under Title XVI of the Social Security Act, 42 U.S.C.§§1381-1383b be and is **AFFIRMED**. This cause of action is hereby **DISMISSED** with no further action to be taken.

Dated this __26th__ day of September, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE